UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> v. § <br> DARRYL JOHNSON § <br> § § § § § § § § § § § § § § § § | CRIMINAL NO: 14cr440 <br> Under Seal |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

### ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

DARRYL JOHNSON

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  September 3, 2014.

_____
UNITED STATES MAGISTRATE JUDGE